# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1726

_____

Tim Burton,                                           *
                                                      *
              Appellant,                              *
                                                      *
       v.                                             *    Appeal from the United States
                                                      *    District Court for the
Larry Norris, Director, Arkansas                      *    Eastern District of Arkansas.
Department of Correction; David                       *
White, Warden, Tucker Unit,                           *         **[UNPUBLISHED]**
Arkansas Department of Correction,                    *
                                                      *
              Appellees.                              *

_____

Submitted:   July 30, 1999
    Filed:   August 13, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

       Tim Burton appeals the district court's[1] order dismissing without prejudice his
42 U.S.C. § 1983 action against various prison officials for failure to exhaust his

_____

[1]The HONORABLE ELSIJANE TRIMBLE ROY, United States District Judge
for the Eastern District of Arkansas, adopting the report and recommendations of the
HONORABLE JOHN F. FORSTER, JR., United States Magistrate Judge for the
Eastern District of Arkansas.

administrative remedies. After carefully reviewing the record, we conclude Burton was an Arkansas inmate when he commenced this action, he did not rebut the defendants' showing that he started but failed to exhaust available remedies within the correctional facility, and therefore the district court's dismissal was consistent with 42 U.S.C. § 1997e(a).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.